FILED
CLERK, U.S. DISTRICT COURT

6/24/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MMC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>EMILIANO GARDUNO GALVEZ,<br><br>　　　　Defendant. | CR 2:25-CR-00519-AB<br><br>I N D I C T M E N T<br><br>[26 U.S.C. § 5861(d): Possession of an Unregistered Destructive Device; 18 U.S.C. § 231(a)(3): Civil Disorder] |

　　The Grand Jury charges:

COUNT ONE

[26 U.S.C. § 5861(d)]

　　On or about June 7, 2025, in Los Angeles County, within the Central District of California, defendant EMILIANO GARDUNO GALVEZ knowingly possessed a firearm, namely, a destructive device, as defined in Title 26, United States Code, Sections 5845(a)(8), (f)(1), and (f)(3), commonly known as a "Molotov cocktail," which defendant GALVEZ knew to be a destructive device, and which had not been

//

//

registered to defendant GALVEZ in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Chapter 53.

COUNT TWO

[18 U.S.C. § 231(a)(3)]

On or about June 7, 2025, in Los Angeles County, within the Central District of California, defendant EMILIANO GARDUNO GALVEZ committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is, Los Angeles County Sheriff's Department deputies, lawfully engaged in the lawful performance of their official duties, incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
United States Attorney

Assistant United States Attorney
Chief, National Security Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section

JENNA W. LONG
Assistant United States Attorney
Terrorism and Export Crimes Section